UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CIVIL ACTION

VERSUS                                        NO: 91-189

JAMAL ABU SAMAK                               SECTION: "A" (6)

### ORDER OF REFERRAL

**IT IS ORDERED**, in accordance with Rule 73 of the Local Rules of this Court, that this cause be referred to a United States Magistrate Judge for the Eastern District of Louisiana, for the purpose(s) designated below:

1. \_\_\_   NON-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A): MOTION TO APPOINT ATTORNEY

2. \_\_\_\_\_   MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):

    \_\_\_\_\_   for injunctive relief
    \_\_\_\_\_   for summary judgment
    \_\_\_\_\_   for judgment on the pleadings
    \_\_\_\_\_   to involuntarily dismiss
    \_\_\_\_\_   to dismiss or permit maintenance of a class action
    \_\_\_\_\_   for jail funding judgment
    \_\_\_\_\_   for attorney's fees

3. __X__   HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing 2255 cases.

4. \_\_\_\_\_    TO SERVE AS SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.: _____.

5. \_\_\_\_\_    TO SERVE AS SPECIAL MASTER to hear and determine the following matter and to file a Report including Findings and Recommendations in accordance with the provisions of Rule 53 F.R.C.P.:_____.

6. \_\_\_\_\_    PAUPER CASE for:

   \_\_\_\_\_ Determination re:  leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915(a).

   \_\_\_\_\_ Finding and Recommendation re: dismissal of complaint as "frivolous or malicious," pursuant to 28 U.S.C. 1915(d).

7. \_\_\_\_\_    SOCIAL SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

8. \_\_\_\_\_    TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

9. \_\_\_\_\_    Handle all pre-trial matters including trial and pre-trial proceedings upon consent of the parties pursuant to 28 U.S.C. 636(c).

10. __X__    OTHER: **Defendant's Petition for Writ of Error Coram Nobis (Rec. doc. #237).**

New Orleans, Louisiana, September 11, 2008.

JAY C ZAINEY
UNITED STATES DISTRICT JUDGE