**91- -189A**

| CRIMINAL DOCKET · U.S. District Court | | | | AO 2 (Rev. ) | | |
|---|---|---|---|---|---|---|

SAMAK, JAMAL ABU

| PO □ | 053L | 02 | Assigned | 3L16 | ☐ WRIT |
|---|---|---|---|---|---|
| Misd. □ | | | Disp./Sentence | | ☐ JUVENILE |
| Felony ☒ | District | Off | Judge/Magistr. | | ☐ ALIAS |

OFFENSE ON INDEX CARD

| Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|
| 05 | 03 | 91 | 000189 | 01 |

2 Def's CASE NO / U.S. MAG. CASE NO ▶ 91-088MAG

| | U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM NG |
|---|---|---|---|---|---|
| | 18 USC 844(i) | ARSON IN VIOLATION OF THE ORGANIZED CRIME ACT OF 1970  (Ct. 1) | 1 | 1 | |
| | 18 USC 2 | AIDING AND ABETTING (Ct. 1) | 1 | 1 | |
| | 18 USC 371 | CONSPIRACY TO VIOLATE ORGANIZED CRIME CONTROL ACT OF 1970 (CT I) | | 1 | |
| I. CHARGES | | | | | |

TOTAL COUNTS:  1

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO | |
|---|---|---|---|---|---|---|
| KEY DATE | ☐ arrest ☐ sum'ns ☐ custody ☐ appears -on complaint | KEY DATE | ☒ Indictment filed/unsealed consent to Magr. trial on complaint ☐ Information ☐ Felony-Waiver | KEY DATE | ☐ Dismissal ☐ Pled guilty After N.G. ☐ Nolo After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. |
| EARLIEST OF | | 5/3/91 APPLICABLE | KEY DATE 07/26/91 | APPLICABLE | |

a) XX 1st appears on pending charge /R40
c) Receive file R20/21
d) Supsdg. indt. inf
d) Order New trial
e) Remand  f) G/P Withdrawn

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|

☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP

**III. MAGISTRATE**

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued Return | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED HELD FOR GJ OR OTHER PRO- CEEDING IN THIS DISTRICT |
| Summons | Issued Served | | PRELIMINARY EXAMINATION ☐ Date Scheduled ▶ OR ☐ Date Held ▶ | | | |
| Arrest Warrant Issued | 3/26/91 | 3LBB | ☐ REMOVAL HEARING | | | HELD FOR GJ OR OTHER PRO- CEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | 3/26/91 | 3LBB | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| Date of Arrest | | | ☐ INTERVENING INDICTMENT | | | |

OFFENSE (In Complaint) ▶ 18§844(i); 371 damage by means of fire/explosive material, building which caused death of individual, building used in interstate commerce.

Show last names and suffix numbers of other defendants on same indictment/information:
▶ 02-DANIEL JOSEPH LEE, A. MOUSA - 3, T. MOUSA - 4

RULE  20  21  40  In  Out

**ATTORNEYS**

U.S. Attorney or Asst.

GAVIN KAMMER    Fred P. Harper, Jr.- AUSA
501 Magazine St., New Orleans, LA  70130

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

**Deft's Address**

#21826-034
P. O. Box PMB, USP
Atlanta, GA  30315

Martin Regan, Jr.
650 Poydras St.,
Suite 1400
New Orleans, LA  70130
522-7260

**BAIL ● RELEASE**

**PRE - INDICTMENT**

| Release Date | | |
|---|---|---|
| ☐ Bail Denied | | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | | Conditions ☐ 10% Dep. |
| Date Set | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty ☐ Other |

**POST - INDICTMENT**

| Release Date | | |
|---|---|---|
| ☐ Bail Denied | | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | | Conditions ☐ 10% Dep. |
| Date Set | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty ☐ Other |

APPEALS FEE PAYMENTS

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE | | Yr. | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE | PAGE □ OF □ | | VI EXCLUDABLE DELAY | | |
|------|--|-----|------------|------|------------------------------------------|-------------|--|---------------------|--|--|
| DOCUMENT NO. | | | | | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | | Start Date End Date | Ltr. Code | Total Days |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| | | |
|--|--|--|
| 3/91 | A | A complaint was filed by JS,SA,ATF. |
| 3/26 | | A warrant of arrest was issued by Magistrate Judeg Wynne for the arrest of the defendant. |
| | | Govt mtn and ORDERED complaint, affidavit, and warrant be SEALED. (CJM). |

CONTINUED TO PAGE □

MASTER PAGE iii

| D. C. 109A | | |
|---|---|---|
| **CRIMINAL DOCKET** | USA vs. SAMAK, ET AL | 91-189 "A" |

| DATE | PROCEEDINGS |
|---|---|
| | **SUPERSEDING BILL OF INFORMATION FOR CONSPIRACY TO VIOLATE THE ORGANIZED CRIME CONTROL ACT OF 1970 (A. Mousa) 12/6/91** |
| | 18 USC 371 CONSPIRACY TO VIOLATE ORGANIZED CRIME CONTROL ACT OF 1970    (Ct 1) |
| | 18 USC 844(i) VIOLATION OF ORGANIZED CRIME CONTROL ACT OF 1970    (Ct 1) |
| | TOTAL SUPERSEDING CTS - 1 |

MASTER PAGE iv

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      U. S. vs

SAMAK, ET AL

AO 256A ®

91-189 "A"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.) | (a) | (b) | (c) | (d) |

**SUPERSEDING BILL OF INFORMATION FOR VIOLATION OF THE
ORGANIZED CRIME CONTROL ACT OF 1970 (T. Mousa) 12/6/91**

18 USC 844(i) VIOLATION OF ORGANIZED CRIME CONTROL ACT OF 1970 (Ct 1)
18 USC 2      AIDING & ABETTING

TOTAL Superseding Cts - 1

Interval        Start Date   Ltr.  Total
(per Section II)   End Date   Code  Days

MASTER PAGE ii

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A *

USA vs. SAMAK, ET AL

91-189 "A"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

SECOND SUPERSEDING INDICTMENT FOR CONSPIRACY TO
VIOLATE THE ORGANIZED CRIME CONTROL ACT OF 1970
AND VIOLATION OF THE ORGANIZED CRIME CONTROL ACT
OF 1970 - 10/11/91 - A. MOUSA, T. MOUSA & SAMAK

18 USC 371       Ct. 1
18 USC 844(i)    Ct. 2
18 USC 34        Ct. 2    DESTRUCTION BY FIRE
18 USC 2         Ct. 2

TOTAL SUPERSEDING COUNTS: 2

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |



**CRIMINAL DOCKET**
**UNITED STATES DISTRICT COURT**

# 91- 189 A6

D. C. Form No. 100A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES | **For U. S.:** |
| vs. | Fred P. Harper, Jr. - AUSA |
| JAC JAMAL ABU SAMAK 3/20/92 | 500 Magazine Street |
| JAC DANIEL JOSEPH LEE 1/23/92 | New Orleans, LA 70130 |
| Superseding Ind./InfoABDEL T. MOUSA JAC 4/15/92 | |
| Superseding Ind./InfoTARK MOUSA J&C 4/15/92 | |
| INDICTMENT FOR ARSON IN VIOLATION OF | |
| THE ORGANIZED CRIME CONTROL ACT OF 1970 | **For Defendant:** |
| 18 USC 844(i)   Ct. 1 | See Individual Sheets |
| 18 USC 2      Ct. 1 | |
| **SUPERSEDING INDICTMENT FOR CONSPIRACY TO VIOLATE** | |
| **THE ORGANIZED CRIME CONTROL ACT OF 1970** | |
| 18 USC 371   (CT I) | |
| 18 USC 844 (i)  (CT II) | |
| 18 USC 2    (CT II) | |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 2 mailed | Clerk | | | | | |
| J.S. 3 mailed | Marshal | | | | | |
| Violation | Docket fee | | | | | |
| Title | | | | | | |
| Sec. | | | | | | |

5-11-92 *Regan + Assoc.* $105.00 *Appeal - Jamal Abu Samak*

| DATE | | PROCEEDINGS |
|---|---|---|
| 5/3/91 | 1 | INDICTMENT. |
| 5/3/91 | 2 | GRAND JURY RETURN; no action necessary except ntc. |
| 5/3/91 | 3 | Ntc of ARR as to both defts set 5/10/91 at 10:00 a.m. bfr Mag Wynne. **(BOTH DEFTS)** |
| 5/6/91 | 4 | M.E. (5/3/91) DETENTION HRG - deft is not entitled to release; deft committed to custody of Atty Gen; written findings & statement of reasons ordering detention filed; Govt stip no fed law was broken when firearm was purchased; deft detained, remanded to USM; Govt's oral mtn to unseal case - GRANTED (Mag Moore) dktd 5-6-91. **(SAMAK)** |
| 5/6/91 | 5 | M.E. 5/6/91:  INITIAL APPEARANCE: Deft advised; reading of indict waived; deft informed court he will retain counsel; deft remanded; Detn hrg set 5/9/91 at 2/3 PM at CCC Federal Tier. (Mag Wynne) dktd 5/7/91. |

**OVER**

| DATE | | PROCEEDINGS |
|------|---|------------|
| 5/6/91 | 6 | M.E. CR ARR: reading of indictment waived; deft advised; deft pleads not guilty to all cts, deft given 10 days for special pleadings, deft remanded. (Mag Wynne) dktd 5/8/91. |
| 5/8/91 | X | Magistrate papers from Westerd District of Louisiana. |
| 5/8/91 | 7 | M.R. on warrant to deft; arrested 5/3/91. |
| 5/10/91 | 8 | M.E. 5/3/91: Initial app: Deft informed ct that he would retain counsel. Deft remanded to custody of USM. Arr held. (Mag. Moore) dktd 5/10/91. **(SAMAK)** |
| 5/10/91 | 9 | M.E. 5/3/91: ARR: Deft pleads not guilty to all cts. Deft given 10 days to file special pleadings. Deft remanded to custody of USM. (Mag. Moore) dktd 5/10/91. **(SAMAK)** |
| 5/13/91 | 10 | M.E. 5/13/91: ORDERED that deft be detained pending trial. (Mag. Moore) dktd 5/14/91. **(SAMAK)** |
| 5/14/91 | 11 | M.E. 5/6/91: Initial app held.  Govt moved for detention - GRANTED; ORDERED that detention hrg is set for 5/9/91 after 2:00 p.m. at CCC. Deft remanded to custody of USM. (Mag. Wynne) dktd 5/14/91.**(LEE)** |
| 5/14/91 | 12 | M.E. 5/9/91: Detention hrg set. ORDERED that detention hrg is CONT to 5/13/91 at 10:00 a.m. at CCC. (Mag. Wynne) dktd 5/14/91. **(LEE)** |
| 5/14/91 | 13 | M.E. 5/13/91: Detention hrg; Deft detained; remanded to custody of USM. (Mag. Wynne) dktd 5/14/91. **(LEE)** |
| 5/14/91 | 14 | M.R. on capias - deft arrested on 5/3/91. **(LEE)** |
| 5/15/91 | 15 | Mtn of deft to suppress evidence; hrg set for 6/5/91 at 10:30 a.m. bfr Judge. **(LEE)** |
| 5/15/91 | 16 | Mtn of deft for production of Brady & Giglio material; hrg set for 6/5/91 at 11:00 a.m. bfr Mag. Moore. **(LEE)** |
| 5/15/91 | 17 | Mtn of deft for pre-trial production of Jencks Act material ; hrg set for 6/5/91 at 11:00 a.m. bfr Mag. Moore. **(LEE)** |
| 5/15/91 | 18 | Mtn of deft for disc & inspection; hrg set for 6/5/91 at 11:00 a.m. bfr Mag. Moore. **(LEE)** |
| 5/20/91 | 19 | Ntc of trial set for 7/8/91 at 8:30 a.m. PTC set for 6/26/91 at 3:30 p.m. bfr Judge. **(BOTH DEFTS)** |
| 5/23/91 | 20 | Govt's oppos to deft's mtn to suppress statements. **(LEE)** |
| 5/23/91 | 21 | Govt's oppos to deft's mtns for pretrial prod of Jencks, Brady & Giglio material. **(LEE)** |
| 5/23/91 | 22 | M.E. (5/22/91) Due to conflict in Court's calendar, ORDERED that PTC is RESET from 6/26/91 at 3:30 p.m. to 6/26/91 at 5:00 p.m. (CSjr)  dktd 5-23-91. **(BOTH DEFTS)** |
| 5/31/91 | X | Mail returned addressed to Daniel Joseph Lee (doc #19). |
| 5/31/91 | 23 | Govt's mtn & ORDER that hrg on mtn to suppress statements of deft is CONT To 6/19/91. (CSjr) dktd 6/5/91.**(LEE)** |

( Cont )

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

MASTER SHEET
PAGE 2

JAMAL ABU SAMAK & DANIEL JOSEPH LEE

91-189 "A"

AO 256A ®

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 6/5/91 | 24 | M.E. 6/5/91: Hrg on mtns of deft for disc & inspection - Govt's answer is satisfactory; mtn of deft for pre-trial prod of Jencks - DENIED; mtn of deft for prod of Brady & Giglio material - Govt's answer is sufficient. (Mag. Moore) dktd 6/10/91. **(LEE)** | | | | |
| 6/13/91 | 25 | Req by deft for subps; 2 issd. **(LEE)** | | | | |
| 6/19/91 | 26 | Hrg on mtn by deft to suppress statements-DENIED, written reasons to follow. **(DANIEL LEE)** | | | | |
| 6/17/91 | 27 | Rtn on subp to Detective Pascal Saladino, Detective Norman Pierce; svd 6/13/91. | | | | |
| 6/25/91 | 28 | **SEALED DOCUMENT** | | | | |
| 6/26/91 | 29 | Written Reasons:  mtn by deft to suppress statements obtained pursuant to an interview on 3/20/91 has been denied. (CSjr) dktd 6/27/91 **(LEE)** | | | | |
| 6/26/91 | 30 | Govt's mtn & ORDERED that **Trial is CONT until 8/19/91** at 8:30 a.m. (CSjr)  6/27/91 dktd 6-28-91. **(BOTH DEFTS)** | | | | |
| 6/28/91 | 31 | **SEALED DOCUMENT.** | | | | |
| 6/28/91 | 32 | Ntc of Trial set 8/19/91 at 8:30 a.m. bfr Judge. **(BOTH DEFTS)** | | | | |
| 7/10/91 | 33 | Mtn of deft & ORDER that TRIAL set for 8/19/91 is CONT to 8/26/91 at 8:30 a.m. (CSjr) 7/11/91 dktd 7/12/91. **(BOTH DEFTS)** | | | | |
| 7/11/91 | 34 | Ntc of TRIAL set for 8/26/91 at 8:30 a.m. PTC set for 8/21/91 at 3:30 p.m. bfr Judge. **(BOTH DEFTS)** | | | | |
| 7/17/91 | 35 | **SEALED DOCUMENT** | | | | |
| 7/17/91 | 36 | Ntc of re-arr set for 7/22/91 at 9:30 a.m. bfr Judge. | | | | |
| 7/19/91 | 37 | SEALED. DOCUMENT. | | | | |
| 7/19/91 | 38 | **SEALED DOCUMENT.** | | | | |
| 7/22/91 | 39 | RE-ARR - deft sworn; enters plea of guilty as to Ct. 1; indict read; plea bargain agreement filed; Court accept guilty plea; PSI Ordered; Sent to be set; deft remanded (CSjr) dktd 7-22-91. **(LEE)** | | | | |
| 7/22/91 | 40 | Plea agreement letter. **(LEE)** | | | | |
| 7/23/91 | 41 | **SEALED DOCUMENT.** | | | | |

(over)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 7/26/91 | 42 | SUPERSEDING INDICTMENT. CTS II **(A. MOUSA, T. MOUSA & SAMAK)** | | | | |
| 7/26/91 | 43 | Govt's mtn & ORDER that superseding indictment be SEALED. (MAG. MOORE) dktd 7/30/91. | | | | |
| 7/26/91 | 44 | Grand jury return; 2 capias issd. **(A. MOUSA, T. MOUSA & SAMAK)** | | | | |
| 7/30/91 | 45 | Ntc of arr on superseding indictment set for 8/9/91 at 10:00 bfr Mag. Ronald Fonseca. **(SAMAK)** | | | | |
| 8/1/91 | 46 | **SEALED DOCUMENT.** | | | | |
| 8/5/91 | 47 | Govt's mtn & ORDERED that Clerk unseal indictment in case. (Mag Fonseca) dktd 8/7/91. **(ALL DEFTS)** | | | | |
| 8/6/91 | 48 | M.E. 8/5/91:  Initial Appearance: deft advised of rights; superseding indict read; deft informed ct that he would retain counsel; deft remanded to USM; deft informed that arr is set for 8/7/91 @ 2:00 pm; deft is informed that detention hrg is set for 8/7/91 @ 2:00 pm; deft ordered to re-appear for arr/detention hrg w/ counsel. (Mag Fonseca) dktd 8/7/91. **(A. MOUSA)** | | | | |
| 8/6/91 | 49 | M.E 8/5/91:  Initial Appearance:  deft advised of rights; superseding indict read; deft informed ct that he would retain counsel; deft remanded to custody of USM; deft informed that arr & detention hrg is set for 8/7/91 @ 2:00 pm; deft ordered to re-appear for arr/detention hrg w/ counsel. (Mag Fonseca) dktd 8/7/91 **(T. MOUSA)** | | | | |
| 8/8/91 | 50 | M.R. on warrant for arrest of deft - arrested 8/5/91. **(A. MOUSA)** | | | | |
| 8/7/91 | 51 | Mtn by deft & ORDERED that sent set for 10/9/91 @ 10:30am be cont to 10/30/91 @ 10:30 am. (CSjr) 8/8/91 dktd 8/9/91. **(LEE)** | | | | |
| 8/9/91 | 52 | M.E. 8/7/91: ARR & det hrg set; Defts make oral mtn to cont arr & det hrg; ORDERED that arr & det hrg are CONT to 8/9/91 at 2:00 p.m. bfr Mag Fonseca; Defts remanded to custody of USM. (Mag. Fonseca) dktd 8/12/91. **(A. MOUSA & T. MOUSA)** | | | | |
| 8/9/91 | 53 | M.E. 8/9/91: ARR: Deft pleads not guilty to all cts; deft given 10 days to file special pleadings; deft remanded to custody of USM. (Mag. Fonseca) dktd 8/12/91. **(SAMAK)** | | | | |
| 8/12/91 | 54 | M.E. 8/9/91: ARR: Deft pleads not guilty to all cts; Deft given 10 days to file special pleadings; Deft remanded to custody of USM. Garcia Hrg set for 8/14/91 at 2:00 p.m. bfr Mag. Chasez. (Mag. Fonseca) dktd 8/12/91. **(A. MOUSA)** | | | | |
| 8/12/91 | 55 | M.E. 8/9/91: ARR: Deft pleads not guilty to all cts; deft given 10 days to file special pleadings; deft remanded to custody of USM; Garcia hrg set for 8/14/91 at 2:00 p.m. bfr Mag. Chasez. dktd 8/12/91 **(T. MOUSA)** | | | | |

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

MASTER SHEET
PAGE 3

AO 256A ●

JAMAL ABU SAMAK & DANIEL JOSEPH LEE

91-189 "A"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 8/13/91 | 56 | M.E. 8/9/91: DETENTION HRG: deft remanded to custody of U S Marshal; exh marked & admitted; PTS report entered into evidence; court not going to set bond at this time, but requires all individuals considering posting bond submit affidavit indicating all of their assets. (Mag Fonseca) dktd 8/14/91.  **(A. MOUSA)** | | | |
| 8/13/91 | 57 | M.E. 8/9/91: DETENTION HRG:  deft remanded to custody of U S Marshal; exh marked & admitted; PTS report entered into evidence; court not going to set bond at this time, but requires all individuals considering posting bond submit affidavit indicating all of their assets. (Mag Fonseca) dktd 8/14/91.  **(T. MOUSA)** | | | |
| 8/16/91 | 58 | M.E. 8/14/91:  Garcia Hearing was set this date. ORDERED that Robert Glass file mtn to enroll as counsel of record by 8/19/91. (Mag Chasez) dktd 8/16/91.  **(A. MOUSA & T. MOUSA)** | | | |
| 8/16/91 | 59 | M.E. 8/15/91:  ORDERED that bonds of defts be set at $500,000.00 each. FURHTER ORDERED that travel of each deft be limited to Eastern Dist of LA, that they report to PTS Officer as directed & that they surrender any passports they may have. Bonds may be secured only b cash, commercial surety, or real estate & identical assets may not be used as security for bonds of both defts. If either or both defts are able to make bond, the ct reserves the right to conduct a hrg bfr approving bonds. (Mag Fonseca) dktd 8/17/91  **(A. MOUSA & T. MOUSA)** | | | |
| 8/16/91 | 60 | M.E. 8/15/91:  ORDERED that letter & affs regarding financial assets of defts be filed into the record. (Mag Fonseca) dktd 8/17/91.  **(A. MOUSA & T. MOUSA)** | | | |
| 8/20/91 | 61 | Mtn by defts & ORDER that USM & Orleans Parish Criminal Sheriff Foti permit same to meet together w/counsel upon request of either of their counsel. (Mag Africk) dktd 8/21/91.  **(A. & T. MOUSA)** | | | |
| 8/20/91 | 62 | Mtn by defts Ralph S. WHalen, Robert Glass & FRank Zaccaria & ORDERED that Ralph S. WHalen, Jr. be cont as counsel for deft Abdel T. Mousa only; ORDERED that Robert Glass be entered as counsel for Tark Mousa; and ORDERED that Frank V. Zaccaria, Jr. be relieved of further responsibility in this case. (CSjr) dktd 8/21/91.  **(A. & T. MOUSA)** | | | |
| 8/20/91 | 63 | Mtn by defts & ORDERED that trial be CONTINUED from 8/26/91 to 10/7/91; FURTHER ORDERED that time for filing mtns be extended to 20 days from date of signing this order. (CSjr) dktd 8/22/91.  **(A. & T. MOUSA)** | | | |

**OVER**

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 8/21/91 | 64 | M.E. 8/20/91: Considering mtn by defts to continue; ORDERED that trial is CONTINUED to 10/7/91 at 8:30 a.m. for reasons stip. (CSjr) Date Signed 8/20/91 dktd 8/22/91. **(A. & T. MOUSA)** | | | | |
| 8/22/91 | 65 | Ntc of trial set for 10/7/91 at 8:30 a.m. bfr Judge; pre-trial conf set for 10/2/91 at 3:30 p.m.  **(SAMAK, A. MOUSA AND T. MOUSA)** | | | | |
| 8/23/91 | 66 | Govt's req for subp; 50 issd. | | | | |
| 9/9/91 | 67 | Mtn by defts & ORDERED that time for filing pre-trial mtns is extended by 10 days from the date of signing this mtn. (CSjr) Date Signed 9/10/91 dktd 9/11/91. **(A & T MOUSA)** | | | | |
| 9/12/91 | 68 | Govt's pre-trial memorandum. **(A & T. MOUSA, J. SAMAK)** | | | | |
| 9/16/91 | 69 | M.E. 9/13/91: ORDERED that an evidentiary hrg be set 9/18/91 at 2:00 P.m. to determine sufficiency of security offered by Mr. & Mrs. Salem; FURTHER ORDERED that deft's counsel produce 1st mortgage executed by Salems which had been tendered to the court on 8/29/91. (Mag Fonseca) dktd 9/16/91. **(A. & T. MOUSA)** | | | | |
| 9/17/91 | 70 | M.E. 9/12/91: Deft brought bfr Mag to post $500,000.00 property bond; deft remanded to custody of USM until bond is perfected. (Mag Fonseca) dktd 9/18/91. **(A. MOUSA)** | | | | |
| 9/18/91 | 71 | Mtn by deft for severance of his trial from trial of co-deft; hrg set 10/9/91 at 10:30 a.m. bfr judge. **(A. MOUSA)** | | | | |
| 9/18/91 | 72 | M.E. 9/17/91: ORDERED that upon request of deft's counsel, EVIDENTIARY hrg set 9/18/91 at 2:00 p.m. is RESET for 9/25/91 at 2:00 p.m. (Mag Fonseca) dktd 9/19/91. **(A. MOUSA)** | | | | |
| 9/18/91 | 73 | Mtn by deft & ORDER that same be allowed to adopt pleadings filed by co-defts. (CSjr) dktd 9/19/91. **(A. MOUSA)** | | | | |
| 9/18/91 | 74 | Mtn by deft for Brady/Giglio Materials; hrg set 10/23/91 at 11:00 a.m. bfr Mag Moore. **(A. MOUSA)** | | | | |
| 9/18/91 | 75 | Mtn by deft to produce hearsay statements by co-conspirators; hrg set 10/23/91 at 11:00 a.m. bfr Mag. **(A. MOUSA)** | | | | |
| 9/19/91 | 76 | M.E. 9/18/91: ORDERED that mtn by deft for severance, set 10/9/91 will be heard 9/30/91 at 10:30 a.m. (CSjr) dktd 9/19/91. **(A. MOUSA)** | | | | |
| 9/20/91 | 77 | Mtn by deft & ORDER that same be permitted to file addl mtns w/in 10 days after rulings on mtns now pending. (CSjr) dktd 9/23/91. **(A. MOUSA)** | | | | |
| 9/20/91 | 78 | Mtn by deft & ORDERED that same be allowed to adopt mtns of his co-defts. (CSjr) dktd 9/23/91. **(A. MOUSA)** | | | | |
| 9/26/91 | 79 | Govt's opposition to mtn by deft for severance. **(A MOUSA)** | | | | |
| 9/27/91 | 80 | M.E. 9/25/91: Evidentiary hrg held this date; As stip a new mortgage must be executed by Mr & Mrs Salem bfr court will accept property as security for deft's bond; deft remanded. (Mag Fonseca) dktd 9-27-91. **(A. MOUSA)** | | | | |

CONTINUED

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

SAMAK & LEE, ET AL

AO 256A *

Page 4

91-189 "A"
Yr.        Docket No.      Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 10/1/91 | 81  Govt's memo in opp to mtn by defts for Brady & Giglio Materials. (A. MOUSA, T. MOUSA, J. SAMAK) | | | | |
| 10/1/91 | 82  Govt's memo in opp to mtn by defts to produce hearsay statements by co-conspirators. (A. MOUSA, T. MOUSA, J. SAMAK) | | | | |
| 10/1/91 | 83  Mtn by deft & ORDERED that same be permitted to use tleephone 5 times per week thru 12/16/91. (Mag Chasez) dktd 10/1/91. (T. MOUSA) | | | | |
| 9/30/91 | 84  9/30/91: Hrg on mtn by deft to sever-SUBMITTED. (A. MOUSA) | | | | |
| 10/1/91 | 85  ORDER & REASONS: ORDERED that mtn by deft to sever is DENIED. (CSjr) dktd 10/1/91. (A. MOUSA) | | | | |
| 9/20/91 | 86  Mtn by defts & ORDERED That trial be CONTINUED from 10/7/91 to 12/9/91 at 8:30 a.m.; FURTHER ORDERED That PTC be RESET for 12/4/91 at 3:30 p.m. (CSjr) dktd 10/2/91. (SUMAK, A. MOUSA, T. MOUSA) | | | | |
| 10/1/91 | 87  Mtn by deft & ORDERED that same be allowed to travel outside of jurisidction to Detroit, MI on 10/4/91 returning 10/13/91. (Mag Fonseca) dktd 10/2/91. (A. MOUSA) | | | | |
| 10/1/91 | 88  Govt's mtn in opposition to mtn by defts for Brady & Giglio Materials. (A. MOUSA, T. MOUSA, J. SAMAK) | | | | |
| 10/3/91 | 89  M.R. on Mtn & ORDER; svd at CCC 10/1/91. (T. MOUSA) | | | | |
| 10/1/91 | 90  Ntc of TRIAL set 12/9/91 at 8:30 a.m. bfr judge; PTC set 12/4/91 at 3:30 p.m. bfr judge. (ALL DEFTS except D. Lee) | | | | |
| 9/30/91 | 84a  Ntc of SENTENCING RESET for 10/23/91 at 10:30 a.m. bfr jduge. (D. LEE) | | | | |
| 10/7/91 | 91  Govt's mtn & ORDERED that SENTENCING set 10/30/91 is CONTINUED to 1/8/92. (PEC) for Judge Schwartz (D. LEE) | | | | |
| 10/8/91 | 92  NTC of SENTENCING set 1/8/92 at 10:30 a.m. bfr judge. (D. LEE) | | | | |
| 10/9/91 | 93  Govt's petn & ORDERED that writ of H/C ad test be issd to Warden, Hunt Correctional Facility to surrender body of Donald Craft to appear bfr Grand Jury on 10/11/91 at 8:30 a.m., same to be returned thereafter. (Mag Lemelle) dktd 10/10/91. (ALL DEFTS) | | | | |
| 10/11/91 | 94  **2nd Superseding indictment. (A. MOUSA, T. MOUSA & SAMAK)** | | | | |
| 10/11/91 | 95  GRAND JURY RETURN on 2nd Superseding Indict: No action necessary. **ARR is set for 10/18/91 10:00am w/Mag Moore. (A. MOUSA, T. MOUSA & SAMAK)** | | | | |

OVER

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 10/11/91 | 96 | M.E. 10/9/91: hrg on mtn of deft to produce hearsay statements by co-conspirators and ORDERED that said mtn is DENIED; hrg on mtn of deft for Brady and Giglio materials and ORDERED that the deft has no authority in support of his position that he is entitled to production by the govt of such co-conspirator state-ments or that he is entitled to a James hrg in light of the holding in Bourjaily.  The govt will provide Jencks, Brady, Giglio materials to the defense so it will not cause a delay in the trial. (Mag LMjr)  dktd 10/15/91.  **(A. MOUSA)** | | | | |
| 10/15/91 | 97 | Ntc of ARR on 2nd superseding indict set 10/18/91 at 10:00 am. bfr Mag. Moore. **(SAMAK, A. MOUSA & T. MOUSA)** | | | | |
| 10/17/91 | 98 | M.R. on writ of H/C ad test to Warden, Hunt Correctional Facility; wit-ness taken into custody & returned 10/11/91. | | | | |
| 10/18/91 | 99 | M.E. 10/18/91: CR ARR: Reading of 2nd superseding indict waived; deft advised of maximum penalty; deft pleads not guilty to all cts & given 10 days for special pleadings; deft remanded to USM; PTC set 12/4/91 at 3:30 p.m. bfr judge; TRIAL set 12/9/91 at 8:30 a.m. bfr judge. (Mag Moore) dktd 10/21/91. **(T. MOUSA)** | | | | |
| 10/18/91 | 100 | M.E. 10/18/91: CR ARR: Reading of 2nd superseding indict waived; deft advised of maximum penalty; deft pleads not guilty to all cts & given 10 days for special pleadings; deft released on original bond; PTC set 12/4/91 at 3:30 p.m. bfr judge; TRIAL set 12/9/91 at 8:30 a.m. bfr judge. (Mag Moore) dktd 10/21/91. **(A. MOUSA)** | | | | |
| 10/18/91 | 101 | M.E. 10/18/91: CR ARR: Reading of 2nd superseding indictment waived; deft advised of maximum penalty; deft pleads not guilty to all cts & given 10 days for special pleadings; deft remanded to USM; PTC set 12/4/91 at 3:30 p.m.; TRIAL set 12/9/91 at 8:30 a.m. bfr judge. (Mag Moore) dktd 10/21/91. **(J. SAMAK)** | | | | |
| 10/21/91 | 102 | Govt's req for subp; 45 issd. | | | | |
| 10/25/91 | 103 | Transcript of bond hrg held 9/13/91 bfr Mag Fonseca. | | | | |
| 10/28/91 | 104 | Mtn by deft for early disclosure of Jencks & Giglio Material; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| 10/28/91 | 105 | Mtn by deft for early ntc of Rule 404(b) evidence; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| 10/28/91 | 106 | Mtn by deft for discovery & inspection; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| 10/28/91 | 107 | Mtn by deft for govt agents to retain rough notes; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| 10/28/91 | 108 | Mtn by deft for disclosure of co-conspirator statements; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| 10/28/91 | 109 | Mtn by deft for Giglio & other impeachment information; hrg set 11/13/91 at 11:00 a.m. bfr Mag Moore. | | | | |
| | | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

**CONTINUED**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

SAMAK & LEE, ET AL

AO 256A ®

Page 5
91   0189   A (6)
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 10/29/91 | 110   Mtn by deft & ORDERED that same be allowed to travel to Ankron, OH on 10/31/91 & on to Detroit, MI on 11/7/91, returning to New Orleans on 10/9/91. (CSjr) dktd 10/30/91. | | | | |
| 11/1/91 | 111   M.E. 9/26/91: Bail hrg held; docs securing deft's bond in amt of $500,000.00 appear to be in order; deft released on bond; counsel for deft to furnish court w/up-to-date mortgage certificate on property tendered by Mr. Salem. (Mag Fonseca) dktd 11/1/91. **(A. MOUSA)** | | | | |
| 11/6/91 | 112   Govt's answer to mtn by deft for discovery & inspection. **(T. MOUSA)** | | | | |
| 11/6/91 | 113    Govt's answer to mtn by deft for early notice of Rule 404(b). **(T. MOUSA)** | | | | |
| 11/6/91 | 114   Govt's answer to mtn by deft for govt agents to retain rough notes. **(T. MOUSA)** | | | | |
| 11/6/91 | 115   Govt's answer to mtn by deft for Giglio & other impeachment information. **(T. MOUSA)** | | | | |
| 11/6/91 | 116   Govt's opposition to mtn by deft for disclosure of co-conspirator statements. **(T. MOUSA)** | | | | |
| 11/6/91 | 117   Govt's opposition to mtn by deft for early disclosure of Rule 26.2, Jencks & Giglio material. **(T. MOUSA)** | | | | |
| 11/14/91 | 118   M.E. 11/13/91: Hrg on mtn by deft for govt agents ro retain rough notes; for early notice of Rule 404(b) evidence; for discovery & inspection; for disclosure of co-conspirators' statements; for Giglio & other impeachment information; & for early disclosure of Rule 26.2 Jencks & Giglio material- ORDERED granted in part as stip. (Mag Moore) dktd 11/20/91. **(T. MOUSA)** | | | | |
| 11/22/91 | 119    SEALED. **(A. MOUSA)** | | | | |
| 11/22/91 | 120    SEALED. **(A. MOUSA)** | | | | |
| 11/25/91 | 121    Govt's req for subp; 30 issd. | | | | |
| 12/6/91 | 122   Superseding bill of information. **(T. MOUSA)** | | | | |
| 12/6/91 | 123   Superseding bill of information. **(A. Mousa)** | | | | |
| 12/5/91 | 124   Govt's mtn & ORDERED that deft be released from custody of USM & turned over to Special Agents of Bureau of Alcohol, Tobacco & Firearms & ORDERED that same return deft by 4:00 p.m. on 12/5/91. (Mag Wynne) **(T. MOUSA)** | | | | |
| 12/5/91 | 125   Govt's requested special jury instructions. | | | | |

**OVER**

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|----|----|----|----|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 12/5/91 | 126   Petn & ORDERED that writ of H/C ad testificandum be issd to Sheriff of Jeff Parish Correctional Center to surrender body of Ashley Evans on 12/9/91 at 8:30 a.m. to appear bfr Judge Schwartz for testimony. (Mag Wynne) Date Signed 12/6/91 dktd 12/9/91. | | | | |
| 12/6/91 | 127   Govt's requested voir dire questions. (SAMAK, A & T MOUSA) | | | | |
| 12/6/91 | 128   Govt's requested special post verdict jury instructions. (A & T MOUSA, SAMAK) | | | | |
| 12/6/91 | 129   RE:ARR 12/6/91: Defts sworn & w/drew former pleas of not guilty & pled guilty to Ct 1 of superseding Bill of info; waiver of indictment filed as to both defts; court questions defts & advises same of sentencing guidelines; plea bargain letters filed & court accepts pleas of both defts; PSI ORDERED; deft T. Mousa remanded; Deft A. Mousa released under present bond. (A & T MOUSA) | | | | |
| 12/9/91 | 130   Waiver of indictment. (A. MOUSA) | | | | |
| 12/9/91 | 131   Waiver of indictment. (T. MOUSA) | | | | |
| 12/9/91 | 132   Plea bargain letter. (A. MOUSA) | | | | |
| 12/9/91 | 133   Plea bargain letter. (T. MOUSA) | | | | |
| 12/9/91 | 134   Ntc of SENTENCING set 2/19/91 at 10:30 a.m. bfr judge. (A. & T. MOUSA) | | | | |
| 12/9/91 | 135   M.E. 12/5/91: Deft bfr Mag to perfect property bond in amt of $500,000.00; deft signed forms & was released. (Mag Chasez) dktd 12/9/91. (T. MOUSA) | | | | |
| 12/9/91 | 136   Mtn by deft & ORDERED that same be permitted to use telephone 5 times per week thru 3/15/92. (Mag Chasez) dktd 12/11/91. (T. Mousa) | | | | |
| 12/11/91 | 137   M.R. on mtn & order to release deft to Bureau of Alcohol, Tobacco & Firearms; deft released & returned 12/5/91. (T. Mousa) | | | | |
| 12/11/91 | 138   Request by deft for subp; 1 issd. (J. Samak) | | | | |
| 12/11/91 | 139   M.R. on mtn & order for phone calls; svd at CCC 12/9/91. (T. Mousa) | | | | |
| 12/11/91 | 140   Petn by deft & ORDERED that Foti, Sheriff for Orleans Parish deliver body of Clarence Williams to testify on 12/11/91 at 9:00 a.m. bfr judge. (CSjr) Date Signed 12/10/91 dktd 12/11/91. (J. SAMAK) | | | | |
| 12/9/91 | 136a  JURY TRIAL 12/9/91: Jury sworn, witnesses sworn & testify; mtn by defts for sequestration of witnesses-GRANTED; court recesses until 12/10/91; deft remanded. (CSjr) dktd 12/12/91. (J. SAMAK) | | | | |
| 12/10/91 | 136b  JURY TRIAL 12/10/91 cont from 12/9/91: witnesses sworn & testify; request by defts for more time ro prepare defense-DENIED; 60 minutes in recesses taken; deft sworn & testifies; court recesses at 5:00 p.m. until 12/11/91. (CSjr) dktd 12/12/91. (J. SAMAK) | | | | |

CONTINUED

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs

SAMAK & LEE, ET AL

AO 256A ®

91 189 A (6)
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12/11/91 | 141 | JURY TRIAL 12/11/91 CONT from 12/10/91: witnesses sworn & testify; closing arguments & jury charged; court excuses alternates; jury retires & returns w/verdict of guilty as to both cts of superseding indictment; jury polled; court orders verdict entered; jury given post verdict instructions; jury retires for deliberation as to sentencing & returns with verdict; court orders verdict entered & court adjourned. (CSjr) dktd 12/12/91. **(J. SAMAK)** | | | | |
| 12/11/91 | 142 | ORDER APPOINTING custodian of exhibits, John N. Springer. (CSjr) dktd 12/12/91. | | | | |
| 12/11/91 | 143 | **Ntc of Sentencing set 12/19/92 at 10:30 a.m. bfr judge. (J. SAMAK)** | | | | |
| 12/11/91 | 144 | Court's instructions to jury read 12/11/91. **(J. SAMAK)** | | | | |
| 12/12/91 | 145 | Court's post-verdict instructions read to the jury on 12/11/91. **(J. SAMAK)** | | | | |
| 12/12/91 | 146 | M.R. on writ of H/C ad test to Warden, JPCC; unsvd per Fred Harper. | | | | |
| 12/12/91 | 147 | M.R. on writ of H/C ad test; svd upon Sheriff CCC 12/11/91. | | | | |
| 12/17/91 | 148 | Mtn by deft & ORDERED that same be allowed to travel to Phoenix on 12/23/91, returning to New Orleans on 12/30/91. (CSjr) dktd 12/18/91. **(A. MOUSA)** | | | | |
| 12/17/91 | 149 | **SEALED DOCUMENT.** | | | | |
| 12/20/91 | 150 | Govt & deft's mtn & ORDERED that trial set 1/8/92 be CONTINUED to 1/22/92 at 10:30 a.m. (CSjr) dktd 12/27/91. **(D. LEE)** | | | | |
| 1/14/92 | 151 | Govt's mtn for sentencing departure & UNSIGNED ORDER. **(D. LEE)** | | | | |
| 1/23/92 | 152 | J&C: Deft appeared 1/22/92 w/counsel; Finding of Guilty as to Ct 1; Deft is committed to USBP for 188 months; upon release deft shall be placed on supervised release for 5 yrs, Deft to comply w/15 standard conditions & other conditions stip; FURHTER ORDERED that deft pay special assessment of $50.00 as to CT 1 for a total assessment of $50.00. (CSjr) Date Signed 1/22/92 dktd 1/24/92. **(D. LEE)** | | | | |
| 1/23/92 | 153 | Mtn by deft & ORDERED that same be allowed to travel to Florida on 1/25/92 & returning to N.O. on 2/8/92. Date Signed 1/24/92 dktd 1/27/92. **(A. MOUSA)** | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 2/18/92 | 154  Mtn of deft and ORDER that sent is CONTINUED to 3/18/92 at 10:30 a.m. (CSjr)(signed: 2/19/92) dktd 2/21/92  **(SAMAK)** | | | | |
| 2/20/92 | 155  SENT HRG of 1/22/92/STATEMENT OF REASONS FOR IMPOSING SENT. (CSjr)(signed: 2/18/92) dktd 2/21/92)  **(LEE)** | | | | |
| 2/20/92 | 156  Mtn of US Probation Officer and ORDER that sent is CONTINUED to 4/1/92 at 10:30 a.m. (CSjr)signed: 2/14/92 dktd 2/21/92.  **(T. MOUSA)** | | | | |
| 2/20/92 | 157  Mtn of US Probation Officer and ORDER that sent is CONTINUED to 4/1/92 at 10:30 a.m. (CSjr)signed: 2/14/92 dktd 2/21/92  **(A. MOUSA)** | | | | |
| 2/27/92 | 158  M.R. on J&C; deft delivered on 2/19/92 to USP, Leavenworth in Leavenworth, KS. **(D. LEE)** | | | | |
| 3/9/92 | 159  Mtn by deft & ORDERED that same be permitted to use telephone five times per week through 4/20/92. (Mag Chasez) Date Signed 3/6/92 dktd 3/9/92. **(T. MOUSA)** | | | | |
| 3/10/92 | 160  Mtn by deft & ORDERED that same be Granted permission to travel to Lafayette, LA on 3/12/92 returning to N.O. on 3/16/92 (CSjr) dktd 3/11/92. **(A. MOUSA)** | | | | |
| 3/11/92 | 161  M.R. on telephone order; svd at CCC on 3/9/92. | | | | |
| 3/24/92 | 162  J&C: Deft appeared 3/20/92 w/counsel; Finding of Guilty as to Cts 1 & 2; ORDERED that deft be committed to USBP for 5 yrs as to Ct 1 and life as to Ct 2, both terms to run concurrently; upon release from prison, deft to be placed on supervised release for 3 yrs as to Ct 1, if deft is granted a presidential pardon as to Ct 2, deft to be placed on supervised release for 5 yrs as to Ct 2 to run concurrently w/supervised release imposed on Ct 1; deft to comply w/15 standard conditions of probation & additional conditions as stip; FURTHER ORDERED that deft pay special assessment of $50.00 as to Cts 1 & 2 for a total assessment of $100.00 (CSjr) Date Signed 3/20/92 dktd 3/25/92. **(J. SAMAK)** | | | | |
| 3/26/92 | 163  Ntc of appeal to 5TH Circuit from sentence & conviction. **(J. SAMAK)** | | | | |
| 3/27/92 | 164  Mtn by deft for expedited hrg on same's mtn to continue sentencing & UNSIGNED ORDER. **(A. MOUSA)** | | | | |
| 3/31/92 | 165  Mtn by deft to continue sentencing; no hrg date. **(A. MOUSA)** | | | | |
| 3/31/92 | 166  M.E. 3/30/92: ORDERED that sentencing be CONTINUED from 4/1/92 to 4/15/92. (CSjr) dktd 3/31/92. **(A. MOUSA)** | | | | |
| 4/9/92 | 167  SENTENCING HRG OF 3/20/92 bfr judge. (CSjr) Date Signed 4/8/92 dktd 4/9/92. **(J. SAMAK)** | | | | |
| 4/13/92 | 168  PSI SEALED ( **J. SAMAK**) | | | | |
| 4/13/92 | 169  Sentencing Recommendation **SEALED (J. SAMAK)** | | | | |
| 4/14/92 | XX  Record forwarded to Ct of Appeals. (JMD) | | | | |

(Cont)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT    MASTER DOCKET SHEET   PAGE 7
CRIMINAL DOCKET   *U. S. vs*

USA v SAMAK, ET AL

AO 256A ⊛

CR. 91-189 "A"

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 4/16/92 | 170 | ORDERED that deft surrender to BOP by 5/26/92 12:00 noon. (CSjr) 4/15/92 dktd 4/17/92. **(A. MOUSA)** | | | | |
| 4/16/92 | 171 | **J&C:** SENT held 4/15/92. Deft pled guilty & committed to custody of BOP for 60 months. Upon release, deft shall be placed on supervised release for 3 yrs w/conditions listed. ORDER granting Govt's mtn dismissing all underlying cts. Special assessment of $50.00 fined. (CSjr) 4/15/92 dktd 4/17/92. **(A. MOUSA)** | | | | |
| | | **MULTIPLE PARTY DISMISSAL** | | | | |
| 4/16/92 | 172 | **J&C:** SENT held 4/15/92. Deft pled guilty on Ct. 1 of superseding bill of info. Deft placed in custody of BOP for 120 months. Deft to be placed on supervised release for 3 yrs w/conditions listed. ORDER granting Govt's mtn dismissing all underlying cts. Special assessment of $50.00 imposed. (CSjr) 4/15/92 dktd 4/17/92. **(T. MOUSA)** | | | | |
| | | **CLOSED** | | | | |
| 5/6/92 | 173 | SENTENCING HRG of 4/15/92 bfr judge. (CSjr) dktd 5/7/92. **(T. MOUSA)** | | | | |
| 5/6/92 | 174 | SENTENCING HRG of 4/15/92 bfr judge. (CSjr) dktd 5/7/92. **(A. MOUSA)** | | | | |
| 6/8/92 | 175 | Transcript order by deft for trial of 12/9, 12/10, and 12/11/91. **(J. SAMAK)** | | | | |
| 9/3/92 | 176 | Mtn of deft and ORDER that the property bond in the case is released by the Court. (Mag ALC) 9/2/92 dktd 9/3/92. **(T. MOUSA)** | | | | |
| 11/9/92 | XX | Record returned from Ct.of Appeals (PNC) | | | | |
| 11/9/92 | 177 | ORDER FROM 5TH CIRCUIT: appeal was dismissed for want of prosecution for failure of appellant to make necessary financial arrangements with the official court reporter w/in the time fixed by the rules (CLERK) | | | | |
| 1/6/93 | XX | Record fwd. to Ct. of Appeals (PNC) | | | | |
| 3/8/93 | 178 | Transcript order by dft for arraignment & trial of December 9,10,11, 1991. **(J. SAMAK)** | | | | |
| 3/9/93 | 179 | Transcript of Jury Trial held bfr judge 12/9/91. **(J. SAMAK)** | | | | |
| 3/9/93 | 180 | Transcript of Jury Trial held bfr judge 12/10/91. **(J. SAMAK)** | | | | |
| 3/9/93 | 181 | Transcript of Jury Trial held bfr judge 12/11/91. **(J. SAMAK)** | | | | |
| 3/9/93 | 182 | Transcript of Sentencing held bfr judge 3/20/92. **(J. SAMAK)** | | | | |
| 3/10/93 | XX | Doc's #179 thru 182 fwd. to Ct.of Appeals (PNC) | | | | |
| 3/10/93 | 183 | Authorization & voucher for payment of $1,806.00 to be paid to David Zarek for transcript. (CSjr) Date Signed 3/9/93 dktd 3/11/93. **(J. SAMAK)** | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6/9/93 | 184 | ORDER from the 5th Circuit Court of Appeals and IT IS ORDERED that the appellant's mtn to seal all audio recordings of the trial is GRANTED. (JOLLY) dktd 6/11/93. **(SAMAK)** | | | | |
| 6/30/93 | 185 | ORDER FROM 5TH CIRCUIT: ORDERED that appellant Samak's application for reinstatement of appeal is GRANTED; FURTHER ORDERED that dft's mtn for leave to proceed in forma pauperis is GRANTED; FURTHER ORDERED that dft's mtn to dismiss atty Michael Regan Jr. from further representing him in this cause is GRANTED; FURTHER ORDERED that dft's mtn for appointment of new counsel under CJA 18:3006A is GRANTED. (WIENER) **(J. SAMAK)** | | | | |
| 12/8/93 | XX | Record returned from Ct. of Appeals (PNC) | | | | |
| 12/8/93 | 186 | JUDGMENT FROM 5TH CIRCUIT: ORDERED that the sentence & conviction of the District Court is affirmed. (DUHE, GARZA, STAGG) **(SAMAK)** | | | | |
| 12/17/93 | 187 | Mtn by dft for new trial based on newly discovered evidence; no hrg date. **(J. SAMAK)** | | | | |
| 12/30/93 | 188 | M.E. (12/30/93): ORDERED that Govt file any opp/response it may have to mtn of dft for new trial on or bfr 1/31/94. (CSjr) DKTD: 1/3/94. **(SAMAK)** | | | | |
| 1/10/94 | 189 | Mtn by dft for production of docket entries and issuance of the docket entries; no hrg set. **(SAMAK)** | | | | |
| 1/12/94 | 190 | M.E. 1/10/94: ORDERED that the clerk forward to dft the pauper application as stip; upon receipt of the completed application, dft's mtn for free copies will be considered on the merits. (CSjr) dktd 1/12/94. **(J. SAMAK)** | | | | |
| 1/24/94 | 191 | Govt's opposition to mtn by dft for new trial. **(SAMAK)** | | | | |
| 2/1/94 | 192 | ORDER & REASONS: ORDERED that the mtn by dft for new trial pursuant to Rule 33 is DENIED (CSjr) Date Signed: 1/31/94 dktd: 2/3/94 **(J. SAMAK)** | | | | |
| 2/10/94 | 193 | M.E. 2/8/94: ORDERED that the mtn by dft for free copies be DENIED. (CSjr) Date Signed 2/9/94 dktd 2/10/94 **(J. SAMAK)** | | | | |
| 2/7/94 | 192a | Application to proceed in pauper status by dft & UNSIGNED ORDER. **(J. SAMAK)** | | | | |
| 2/14/94 | 194 | Dft's response to Govt's opposition to his mtn for new trial pursuant to Rule 33. **(SAMAK)** | | | | |
| 2/25/94 | 195 | Letter to   all counsel                   , returning exhibits offered at trial  dated 2/25/94 **(J. SAMAK)** | | | | |
| 5/5/94 | 196 | Application & ORDERED that the property bonds in the amounts of $123,000.00 and $123,000.00 respectively be CANCELLED & that the notes be marked CANCELLED & returned to Salem M. Salem. (CSjr) dktd 5/9/94. **(A. MOUSA)** | | | | |

| | | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

MASTER DOCKET SHEET   PAGE 8

USA V. SAMAK ET AK

AO 256A ⊛

Cr 91-189 "A"

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/12/94 | 197 | Application & ORDER that the appr bond in the amount of $130,000.00 be cancelled & that the promissory/note be marked cancelled & the note & power of atty be be returned to Intser Sakem Judeh & Abdellkader K. Judeh. (CS,jr) dktd 8/19/94. **(TARK MOUSA)** | | | | |
| 8/12/94 | 198 | Application & ORDER that the appr bond in the amount of $62,000.00 be cancelled & that the collateral mortgage note be marked cancelled & be returned to Sana Mousa & Ziad Mousa. (CS,jr) dktd 8/19/94. **(ABDEL T. MOUSA)** | | | | |
| 8/12/94 | 199 | Application & ORDER that the appr bond in the amount of $205,000.00 be cancelled & that the promissory/mortgage note be marked cancelled & returned to Mansour Kahook. (CSjr) dktd 8/19/94. **(TARK MOUSA)** | | | | |
| 8/12/94 | 200 | Application & ORDER that the appr bond in the amount of $80,500.00 be cancelled & that the collateral mortgage note be marked cancelled & be returned to Instar Judeh & Abdellkader Judeh. (CS,jr) dktd 8/19/94. **(ABSEL T. MOUSA)** | | | | |
| 8/12/94 | 201 | Application & ORDER that the appr bond in the amount of $107,000.00 be cancelled & that the collateral mortgage note be marked cancelled & be returned to Najah & abel Mousa. (CS,jr) dktd 8/19/94.**(ABDEL T. MOUSA)** | | | | |
| 8/12/94 | 202 | Application & ORDER that the appr bond in the amount of $150,000.00 be cancelled & that the collateral mortgage note be marked cancelled & be returned to Najah & Abdel R. Mousa. (CS,jr) dktd 8/19/94.**(ABDEL T. MOUSA)** | | | | |
| 8/12/94 | 203 | Application & ORDER that the appr bond in the amount of $180,000.00 be cancelled & that the promissory mortgage note be marked cancelled & be returned to Nasser & Wafe Kahook (CS,jr) dktd 8/19/94.**(CSjr) (TARK MOUSA)** | | | | |
| 9/14/94 | 204 | Mtn of dft for free copy of court docs.  **(SAMAK)** | | | | |
| 9/20/94 | 205 | M.E. 9/20/94-Dft Samak's mtn for free copies is granted in part and denied in part.  IT IS ORDERED that dft's req for free copies of the docket sheel and jgm & commitment order is DENIED. FURTHER ORDERED that dft's req for free copies of his trial & sent transcripts is GRANTED.  (CSjr) dktd 9/21/94.  **(SAMAK)** | | | | |
| 2/5/96 | 206 | Mtn of dft for return of tangible property seized during arrest.  **(SAMAK)** | | | | |
| 4/11/96 | 207 | Govt's ans & memo in resp to dft's mtn for return of tangible property.  **(SAMAK)** | | | | |
| 4/18/96 | 208 | M.E. 4/17/96:  IT IS ORDERED that the dft's mtn for return of tangible property is DENIED, THE Govt having properly disposed of the damages property which was in its possession.  (CSjr) dktd 4/19/96. **(SAMAK)** | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| 4/29/96 | XX  Mail returned addressed to Martin Regan of doc # 208. | | | | |
| 7/26/99 | 209  PETN & ORDER that a warrant be issued for dft Abdel Mousa  for violation of supervised release filed by Kathy M. Mayfield, U.S. Probation (CSjr) dktd 7/27/99(**MOUSA**) 1 warrant issued | | | | |

## ALL FURTHER ENTRIES IN COMPUTER

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

**AO 25 (Rev. 2)**

## CRIMINAL DOCKET · U.S. District Court

| | | | |
|---|---|---|---|
| PO ☐ 053L | 02 3L16 | ☐ WRIT | U.S. **91 - 189 A 6** LAST, FIRST, MIDDLE |
| Misd. ☐ | Assigned | ☐ JUVENILE | VS. DANIEL JOSEPH LEE |
| Felony ☒ District ☐ Off ☐ Judge/Magistr. | Disp./Sentence | ☐ ALIAS | |
| | | OFFENSE ON INDEX CARD ▶ | |

Mo. Day Yr.  05 03 91    000189   02
No. of Def's ▶ 2   U.S. MAG. CASE NO ▶

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18 USC 844 (i) | ARSON IN VIOLATION OF THE ORGANIZED CRIME CONTROL ACT OF 1970  (Ct. 1) | 1 | |
| 18 USC 2 | AIDING & ABETTING (Ct. 1) | 1 | |

TOTAL COUNTS: 1      SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — EARLIEST OF
KEY DATE — ☐ arrest  ☐ sum'ns  ☐ custody  ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
KEY DATE **5/3/91** APPLICABLE
☐ Indictment filed/unsealed  ☐ consent to Magr.  ☐ trial on complaint  ☐ Information  ☐ Felony-W/waiver

KEY DATE — 
a) ☐ 1st appears on pending charge / R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind't ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — APPLICABLE
☐ Dismissal  ☐ Plea guilty  ☐ Nolo
☐ After N.G.  ☐ After nolo  ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ FTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on ST. ☐ grounds ☐ W.P. ☐ WOP | ☐ on def motion ☐ on gov't motion

### III. MAGISTRATE

| | Issued | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| Summons | Issued | | | PRELIMINARY EXAMINATION — Date Scheduled | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| | Served | | | OR REMOVAL HEARING — Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED  ☐ NOT WAIVED   Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:

01 - Jamal Abu Samak

RULE [  ] [  ] [  ] ● [  ] [  ]   20  21  40  In  Out

**ATTORNEYS**
U.S. Attorney or Asst.

Fred P. Harper, Jr. - AUSA
501 Magazine St., New Orleans, LA  70130

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

Deft's Address

Shreveport City Jail
P.O. Box P
Shreveport, LA  70010-0040

Gary W. Bizal, Esq.
639 Loyola Avenue, #1620
New Orleans, LA 70113
(504) 525-1328

#### BAIL ● RELEASE

PRE - INDICTMENT

Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
Conditions
☐ 10% Dep.  ☐ Surety Bnd  ☐ Collateral  ☐ 3rd Prty  ☐ Other

POST - INDICTMENT

Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
Conditions
☐ 10% Dep.  ☐ Surety Bnd  ☐ Collateral  ☐ 3rd Prty  ☐ Other

APPEALS FEE PAYMENTS

#### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

AO
(Rev

**CRIMINAL DOCKET · U.S. District Court**

| | | | |
|---|---|---|---|

U.S. vs.

# 91    189

MOUSA, ABDEL T.

**A**

| | PO | 053L | 2 | Assigned | 3L16 Disp/Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. |
|---|---|---|---|---|---|---|---|
| | Misd. | | | | | | |
| | Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | |

| Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|
| 07 | 26 | 91 | 00189 | 03 |
| | | 4 | Def's ● U.S. MAG CASE NO. | |

**I. CHARGES**

| | U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|---|
| | 18 USC 371 | CONSPIRACY TO VIOLATE ORGANIZED CRIME CONTROL ACT OF 1970 (CT I) | 1 | |
| | 18 USC 844(i) | VIOLATION OF ORGAZINED CRIME CONTROL ACT OF 1970 (CT II) | 1 | |
| | 18 USC 2 | AIDING & ABETTING (CT II) | 1 | |
| | | TOTAL SUPERSEDING CTS - 2 | SUPERSEDING COUNTS | |

**II. KEY DATE**

| INTERVAL ONE | | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|---|---|
| KEY DATE | ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | KEY DATE | ☐ indictment ☐ filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony Waiver | KEY DATE 07/26/91 | a) ☐ 1st appears on pending charge /R40 b) ☒ Receive file R20/21 c) ☐ Supsdg ☐ ind't ☐ inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn | KEY DATE | ☐ Dismissal ☐ P'led ☐ guilty N.G. After N.G. ☐ Nolo After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. |

| EARLIEST OF | APPLICABLE | | | | APPLICABLE | |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐PTD ☐Nolle Pros. | FINAL CHARGES DISMISSED ☐on S.T. ☐grounds ☐W.P. ☐WOP | on def't motion on gov't motion |

**III. MAGISTRATE**

| Search Warrant | Issued Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| | | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PRO- CEEDING IN THIS DISTRICT |
| Summons | Issued Served | | | | Date Held ▶ | | |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PRO- CEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

SAMAK - 1, LEE - 2, TARK MOUSA - 4

| RULE | 20 | 21 | 40 | In | Out |
|---|---|---|---|---|---|

NOTICE: A SUPERSEDING INDICTMENT/ INFORMATION HAS BEEN FILED. 10/11/91

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

**ATTORNEYS**

U.S. Attorney or Asst.

Fred Harper, Jr., AUSA, Hale Boggs Bldg., NOLA 70130

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

**Defendant's Address**

2700 Carlisle Drive
Gretna, LA

Ralph Whalen, Jr.
1100 Poydras St., Suite 3170
New Orleans, LA   70163

out

Frank V. Zaccaria
505 Weyer Street
Gretna, LA  70053
361-3034

#20/91

**BAIL ● RELEASE**

**PRE - INDICTMENT**

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

**POST - INDICTMENT**

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive ☐ Pers. Rec. |
| AMOUNT SET $ | ☐ PSA Conditions |
| Date Set | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

**APPEALS FEE PAYMENTS**

**FINE AND RESTITUTION PAYMENTS**

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**AO 2**
**(Rev.**

**CRIMINAL DOCKET · U.S. District Court**

| PO | ☐ | 0531 | 2 | 3L16 | ☐ WRIT | U.S. |
| Misd. | ☐ | | | | ☐ JUVENILE | VS. |
| Felony ☒☒ | District | Off. | Judge/Magistr. | | ☐ ALIAS | |

Assigned
Disp./Sentence
OFFENSE ON INDEX CARD ☐

**91** MOUSA, TARK    **189 A 6**

| Mo. | Day | Yr. | | Docket No. | Def. |
| 07 | 26 | 91 | | 00189 | 04 |
| No. of Def's | 4 | U.S. MAG. CASE NO. | | | |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG |
| 18 USC 371 | CONSPIRACY TO VIOLATE ORGANIZED CRIME CONTROL ACT OF 1970 (CT I) | 1 | ☐ ☐ |
| 18 USC 844(i) | VIOLATION OF ORGANIZED CRIME CONTROL ACT OF 1970 (CT II) | 1 | ☐ ☐ |
| 18 USC 2 | AIDING & ABETTING (CT II) | 1 | ☐ ☐ |
| | TOTAL SUPERSEDING CTS - 2 | | |

SUPERSEDING COUNTS

**II. KEY DATE**

| ┌─ INTERVAL ONE ─┐ | ┌─ END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) ─┐ | ┌─ END INTERVAL TWO ─┐ |

KEY DATE | ☐ arrest | ☐ sum'ns | ☐ custody- | ☐ appears - on complaint
KEY DATE
☐ indictment | ☐ filed/unsealed | ☐ consent to Magr. trial on complaint | ☐ Information | ☐ Felony W-waiver
KEY DATE **07/26/91** ☒☒
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ ind't ☐ inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn
KEY DATE
☐ Dismissal
☐ Pled ☐ guilty ☐ nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.
☐ After N.G.
☐ After nolo

| EARLIEST OF | APPLICABLE | APPLICABLE |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

**III. MAGISTRATE**

| Search Warrant | ☐ Issued ☐ Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
| Summons | ☐ Issued ☐ Served | | | PRELIMINARY EXAMINATION | Date Scheduled | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PRO- ☐ CEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | OR ☐ REMOVAL HEARING | Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PRO- ☐ CEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | | ☐ INTERVENING INDICTMENT | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
SAMAK - 1, LEE - 2, A. MOUSA - 3

RULE | 70 | 21 | 40 | In | Out | ☐ ☐

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

A T T O R N E Y S
U.S. Attorney or Asst.

Fred Harper, Jr., AUSA, Hale Boggs Bldg., NOLA 70130

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

**Defendant's Address**

501 B Oaklawn
Lafayette, LA

*out* Ralph Whalen, Jr.
1100 Poydras St., Suite 3170
New Orleans, LA 70163
*8/20/91*

*out* Frank V. Zaccaria
505 Weyer Street
Gretna, LA 70053
361-3034
*8/20/91*

Robert Glass
338 Lafayette Street
New Orleans, LA 70130(504) 581-9065

**BAIL · RELEASE**

PRE - INDICTMENT
Release Date ☐ Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST - INDICTMENT
Release Date ☐ Bail ☐ Denied
AMOUNT SET
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |
| | | | | | |

NOTICE: A SUPERSEDING INDICTMENT / INFORMATION HAS BEEN FILED. 10/1/91

CONT SHEET AS TO DEFT T. MOUSA

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs. SAMAK, ET AL

AO 256A ®

**91-189 "A"**

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | |
| | SECOND SUPERSEDING INDICTMENT FOR CONSPIRACY TO VIOLATE THE ORGANIZED CRIME CONTROL ACT OF 1970 AND VIOLATION OF THE ORGANIZED CRIME CONTROL ACT OF 1970  -  10/11/91 | | | | |
| | 18 USC 371       Ct. 1 | | | | |
| | 18 USC 844(i)   Ct. 2 | | | | |
| | 18 USC 34        Ct. 2    DESTRUCTION BY FIRE | | | | |
| | 18 USC 2         Ct. 2 | | | | |
| | TOTAL SUPERSEDING COUNTS:  2 | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

CONT SHEET AS TO DEFT T. MOUSA

91-189 "A"

USA vs. SAMAK, ET AL

AO 256A ®

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.)          | (a) | (b) | (c) | (d) |

SECOND SUPERSEDING INDICTMENT FOR CONSPIRACY TO
VIOLATE THE ORGANIZED CRIME CONTROL ACT OF 1970
AND VIOLATION OF THE ORGANIZED CRIME CONTROL ACT
OF 1970  -  10/11/91

18 USC 371     Ct. 1
18 USC 844(i)    Ct. 2
18 USC 34      Ct. 2    DESTRUCTION BY FIRE
18 USC 2       Ct. 2

TOTAL SUPERSEDING COUNTS:  2

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

CONT SHEET AS TO DEFT SAMAK

91-189 "A"

| | Yr. | Docket No. | Def. |

AO 256A ⊛

USA vs. SAMAK, ET AL

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

SECOND SUPERSEDING INDICTMENT FOR CONSPIRACY TO
VIOLATE THE ORGANIZED CRIME CONTROL ACT OF 1970
AND VIOLATION OF THE ORGANIZED CRIME CONTROL ACT
OF 1970 - 10/11/91

18 USC 371       Ct. 1
18 USC 844(i)    Ct. 2
18 USC 34        Ct. 2     DESTRUCTION BY FIRE
18 USC 2         Ct. 2

TOTAL SUPERSEDING COUNTS: 2

Interval        Start Date    Ltr. Total
(per Section II)   End Date    Code Days