UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,
 RESPONDENT,

V.                         CASE NO. 91-189 A (3)

JAMAL ABU SAMAK,
 PETITIONER,

### PETITIONER'S REQUEST FOR PROCESSING OF THE APPEAL

Now comes the petitioner, Jamal Abu Samak, pro-se, in the above styled cause, and request this honorable court to process the appeal of the present case. The petitioner states the following to wit in support:

The petitioner, having filed a request for a certificate of appealability (COA) in this court in reference to the court's denial of his motion filed pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, with this court having denied the COA request on an unknown date, now request this honorable court to process the appeal of the present case. This court has failed to process the appeal in more than thirty (30) days after denial of the COA request.

Wherefore, the petitioner request this honorable court to process the appeal of the present case.

Respectfully Submitted,

3/28/2012
Date

Jamal Abu Samak, Pro-se
Reg. No. 21826-034
FCC Coleman-Medium
P.O. Box 1032
Coleman, Florida 33521-1032

JAMAL ABu SAMAK #21826-034
Federal Correctional Complex
P.O. Box 1022
Coleman, FL 33521

CLERK's OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUISIANA
NEW ORLEANS, LA 70130

Legal MAIL