# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-30353

91-CR-189 E

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN - 6 2012
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JAMAL ABU SAMAK,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:91-CR-189-3/2:06-CV-1675

---

Before JOLLY, STEWART and OWEN, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(b) and Federal Rule of Appellate Procedure 4(a)(1)(B), the notice of appeal in a civil action in which the United States is a party must be filed within sixty days of entry of the judgment or order from which appeal is taken. A motion brought under 28 U.S.C. § 2255 is a civil action to which the sixty day appeal period applies. *United States v. De Los Reyes*, 842 F.2d 755, 757 (5th Cir. 1988). In this 28 U.S.C. § 2255 proceeding, the district court denied a motion for relief from judgment denying § 2255

Case: 12-30353 Document: 00511878229 Page: 2 Date Filed: 06/06/2012
Case 2:91-cr-00189-SM Document 274 Filed 06/08/12 Page 2 of 3

12-30353

relief on January 23, 2012. Accordingly, the final day for filing a timely notice of appeal was March 23, 2012. The defendant's pro se notice of appeal is dated March 28, 2012, and it was filed on April 3, 2012. Because the notice of appeal is dated March 28, 2012, it could not have been deposited in the prison's mail system within the prescribed time. *See* FED. R. APP. P. 4(c)(1) (prisoner's pro se notice of appeal is timely filed if deposited in the institution's internal mail system on or before the last day for filing). The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 212-13 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

**RECEIVED**  
JUN - 6 2012  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
DEPUTY CLERK

June 06, 2012

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 12-30353, USA v. Jamal Samak
         USDC No. 2:06-CV-1675
                 91-CR-189 E

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shawn D. Henderson, Deputy Clerk
                504-310-7668

cc w/encl:  
    Mr. Fred Patrick Harper Jr.  
    Mr. Jamal Abu Samak