UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

FILED OCT 17 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| JAMEL ABU SAMAK ) | CASE NO: 91-189  Section E |
| ) | |
| V. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |

**Petitioner's Motion for a thirty-day enlargment of time
to file reply to the government's response to
Petitioner's 18 U.S.C. §3582(c)(2) motion**

Comes now, Jamal Abu Samak, Petitioner, pro se and hereby submits Petitioner's motion for a thirty-day enlargment of time to file reply to the government's response to Petitioner's 18 U.S.C. §3582 Motion. In support of this motion, petitioner will show as follows:

STATEMENT OF FACTS

On September 30, 2014, the government filed it response to Petitioner's 18 U.S.C. §3582 (c)(2) Motion.

On or about October 6, 2014, Petitioner received the above response and because Petitioner is proceeding pro se and unversed in law, coupled with the fact that Petitioner works in UniCore from the hours of 7:30 to 3:00pm a thrity-day enlargement of time is necessitated in the interest of Justice to afford Petitioner an adequete time to fashion a resply to the government's response to Petitioner's 18 U.S.C. §3582 (c)(2).

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

TENDERED FOR FILING
OCT 17 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Wherefore, the foregoing reasons, Petitioner prays that this court enter an order granting Petitioner a thirty-day enlargment of time in which to reply to the government's response to Petitioner's 18 U.S.C. §3582(c)(2) motion.



Respectfully Submitted,


*Jamal Abu Samak*                    . Date: 10/15/2014
JAMAL SAMAK #21826-034
U.S.P. Atlanta
P.O. BOX 150160
Atlanta, GA. 30315


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY. that a copy of the foregoing MOTION FOR ENLARGMENT OF TIME. was placed in the institutional legal depository with first class postage addressed to:
AUSA DIANE HOLLENSHEAD-COPES
650 POYDRAS ST. SUITE 1600
NEW ORLEANS. LA. 70130
ON THIS 15th DAY OF OCTOBER 2014.

/s/ *Jamal Abu Samak*                    .
JAMAL SAMAK #21826-034

JAMAL ABU SAMAK #21826-034
USP ATLANTA
P.O. BOX 150160
ATLANTA, GA 30315

ATLANTA GA 303
15 OCT 2014 PM 5 L

21826-034
Clerk Of District Court
500 CAMP ST
NEW Orleans, LA 70130
United States

7013 0390 0200

LEGAL MAIL