EXHIBIT "A"

NEWS ARTICULE

# Fatal N.O. grocery fire was arson, sources say

**By WALT PHILBIN**
*Staff writer*

Investigators have determined that a fire that killed one person, injured five others and ripped apart a Central City grocery last week was deliberately set, sources familiar with the case said Tuesday.

Federal and local investigators believe that the Community Grocery at South Saratoga and Erato streets was doused with gasoline last Wednesday and set afire, the sources said.

They believe that fumes from the gasoline ignited to produce a powerful explosion that knocked the building's walls down and shattered windows for at least a block, the sources said.

Many neighbors spoke of being awakened by what sounded like a bomb exploding.

Spokesmen for the Fire Department, Police Department and U.S. Bureau of Alcohol, Tobacco and Firearms declined to comment on the investigation.

The blast and six-alarm fire about 3:15 a.m. leveled the two-story building housing the grocery and apartments, damaged two other buildings and shattered windows a block away.

The body of a man was found burned beyond recognition under the remnants of the building. He is still unidentified.

Homicide Detective Pascal Saladino said a man neighbors identified as Jimmy Segal, who sometimes stayed in an apartment above the grocery, is unaccounted for.

See ARSON, next page

## Arson

From B-1

A spokesman for Coroner Frank Minyard said anyone who knows Segal should contact the coroner's office.

Two other men seriously injured in the fire are still hospitalized in a burn unit of the Louisiana State University Medical Center in Shreveport.

Jamal Abu Samak is in serious condition and Daniel Lee, 26, is in fair condition, a hospital spokesman said Tuesday.

Jamal's car was parked alongside the grocery on South Salcedo Street, police said.

An earlier report that the men were in the car at the time of the explosion was in error, police said. The car was a charred shell, with a wall of the building leaning on top of it, police said.

Investigators do not know why Jamal and Lee were in the area at the time of the explosion, police said.

A woman who identified herself as the sister of the grocery owner said Jamal once was employed by her brother, Tark Mousa.

Mousa was still out of town Tuesday and could not be reached for comment.

Agents of the Bureau of Alcohol, Tobacco and Firearms began investigating the fire scene within hours of the explosion.

Sources said they found evidence that gasoline had been poured on the grocery.

The sources did not say whether investigators have established a motive or identified suspects.