UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.                                         CR CASE NO: 91-189
                                           SECTION: E(6)
JAMAL ABU SAMAK

*FILED JAN 20 2017 — WILLIAM W. BLEVINS, CLERK*

NOTICE OF APPEAL

COMES NOW, ABU SAMAK, PRO SE, AND DO RESPECTFULLY GIVE NOTICE TO THIS COURT OF HIS INTENT TO APPEAL THE DENIAL OF HIS MOTION § 3582 (R. DOC. 276), BY THIS COURT'S ORDER DOC. 284.

RESPECTFULLY SUBMITTED,

/S/ Jamal Abu Samak
JAMAL ABU SAMAK
USMN# 21826-034

TENDERED FOR FILING
JAN 2 0 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING NOTICE OF APPEAL WAS SENT FIRST CLASS MAIL TO: U.S. Attorney's office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130

ON THIS 17th DAY OF JAN. 2017.

/S/ *Jamal Abu Samak*
JAMAL ABU SAMAK
USMN# 21826-034

JAMAL Abu SAMAK #21826-034
USP Atlanta
P.O. Box 150/60
Atlanta, GA 30315

ATLANTA METRO GA
17 JAN 2017 PM 5 L

⇨21826-034⇦
The Clerk Of District Court
500 CAMP ST
NEW Orleans, LA 70130
United States

"Special mail"

7014-3490-0002-8984-0304