USP ATL 21826-034

Samak, Jamal Abu (MRN 100552287)

# Samak, Jamal Abu

MRN: 100552287

**ED to Hosp-Admission** 4/6/2020

Status: Discharged
GHS 11B

## 🧪 Results

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| **Chem 8, Metabolic Panel [185871381] (Abnormal)** | | | | Collected: 04/07/20 0843 |
| Order Status: Completed | | Specimen: BLOOD | | Updated: 04/07/20 0917 |
| | Sodium-Serum | 139 | 132 - 144 meq/L | |
| | Potassium-Serum | 4.1 | 3.4 - 5.1 meq/L | |
| | Chloride-Serum | 104 | 101 - 111 meq/L | |
| | Co2 Content-Serum | 28 | 22 - 32 mmol/L | |
| | Anion Gap | 7 | 1 - 13 mmol/L | |
| | Glucose,Casual-Serum | 95 | 70 - 125 mg/dL | |
| | Urea Nitrogen-Serum | 17 | 8 - 22 mg/dL | |
| | Creatinine-Serum | 0.9 | 0.7 - 1.2 mg/dL | |
| | Calcium,Total Serum | 7.9 ↓ | 8.9 - 10.3 mg/dL | |
| | Calcium,Albumin Adjusted | 8.9 | 8.9 - 10.3 mg/dL | |
| | Albumin,Bcg-Serum | 2.8 ↓ | 3.5 - 5.0 g/dL | |
| | Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | |
| | Comment: Insufficient clinical data to calculate estimated GFR. | | | |
| | Osmo,Calculated | 279 | 275 - 300 mOsm/kg | |

Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

| **PT with INR [185871383] (Abnormal)** | | | | Collected: 04/07/20 0843 |

SEALED EXHIBIT D - Page 1 of 9

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| Order Status: Completed | | Specimen: Plasma | | Updated: 04/07/20 0913 |
| | Prothrombin Time | 17.7 ▲ | 9.4 - 12.5 Sec | |
| | INR | 1.5 ▲ | 0.9 - 1.0 INR | |

Narrative:
  INR is useful for monitoring Coumadin Therapy.
  Therapeutic ranges for the INR vary with Clinical State.

  For prevention of embolism, prophylaxis of venous embolism or
  treatment of deep vein thrombosis: INR = 2.0 - 3.0

  For mechanical heart valve or recurrent systemic embolism: INR = 2.5 - 3.5

| | | | | |
|---|---|---|---|---|
| CBC, Platelets, WBC Differential [185871380] (Abnormal) | | | | Collected: 04/07/20 0843 |
| Order Status: Completed | | Specimen: BLOOD | | Updated: 04/07/20 0904 |
| | WBC Count-Blood | 5.4 | 3.8 - 10.7 K/mcL | |
| | RBC Count-Blood | 4.65 | 4.31 - 5.88 M/mcL | |
| | Hemoglobin-Blood | 13.2 | 13.2 - 17.7 g/dL | |
| | Hematocrit-Blood | 39.8 ▼ | 40.3 - 53.1 % | |
| | MCV | 86.0 | 81 - 100.2 fL | |
| | MCH | 28.3 | 26.1 - 34.5 pg | |
| | MCHC | 33.1 | 31.5 - 35.0 g/dL | |
| | RDW | 13.3 | 11.5 - 15.4 % | |
| | Platelet Count-Blood | 221 | 148 - 362 K/mcL | |
| | Platelet MPV | 7.3 | 6.7 - 10.5 fL | |
| | % Neutrophils-Auto | 65.9 | 41.8 - 78.3 % | |
| | % Lymphocytes-Auto | 21.2 | 13.8 - 48.7 % | |
| | % Monocytes-Auto | 12.0 | 3.8 - 12.2 % | |
| | % Eosinophils-Auto | 0.6 | 0.4 - 7.5 % | |
| | % Basophils-Auto | 0.3 | 0.2 - 1.7 % | |
| | NRBC-Auto | 0.1 | 0.0 - 0.8 /100WBC | |
| | # Neutrophils-Auto | 3.6 | 1.7 - 7.4 K/mcL | |
| | # Lymphocytes-Auto | 1.2 | 0.9 - 3.2 K/mcL | |
| | # Monocytes-Auto | 0.7 | 0.2 - 0.8 K/mcL | |
| | # Eosinophils-Auto | 0.0 | 0.0 - 0.5 K/mcL | |
| | # Basophils-Auto | 0.0 | 0.0 - 0.2 K/mcL | |
| | # NRBC-Auto | 0.0 | <0.1 K/mcL | |
| | Man Diff Done | None | | |

SARS-COV 2 (COVID-19) [185864548] (Abnormal)                                    Resulted: 04/07/20 0759

SEALED EXHIBIT D - Page 2 of 9

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| Order Status: Completed | | Specimen: Nasopharyngeal Swab | | Updated: 04/07/20 0759 |
| | SARS-CoV-2 | Positive ! | Negative | |

Narrative:
Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Testing performed by Abbott Molecular M2000.


Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Testing performed by Abbott Molecular M2000.

| Urinalysis, Complete [185871373] (Abnormal) | | | | Resulted: 04/06/20 1919 |
|---|---|---|---|---|
| Order Status: Completed | | Specimen: Urine | | Updated: 04/06/20 1919 |
| | Color-Urine | Amber ! | Yellow, Straw, Colorless | |
| | Clarity-Urine | Clear | Clear, Hazy | |
| | Specific Gravity-Urine | 1.026 | 1.001 - 1.035 | |
| | Ph, Quant-Urine | 5.0 | 5.0 - 8.0 | |
| | Protein,Qualitative-Urine | Negative <30 mg/dL | Negative <30 mg/dL | |
| | Glucose,Qualitative-Urine | Negative < 50 mg/dL | Negative < 50 mg/dL | |
| | Ketones,Qualitative-Urine | Trace=5 mg/dL ! | Negative < 5 mg/dL | |
| | Bilirubin,Qualitative-Urine | Negative < 2.0 mg/dL | Negative < 2.0 mg/dL | |
| | Urobilinogen,Qualitative-Urine | Negative <2.0 mg/dL | Negative <2.0 mg/dL | |
| | Hemoglobin,Qualitative-Urine | Negative <0.03 mg/dL | Negative <0.03 mg/dL | |
| | Nitrite,Bacterial-Urine | Negative | Negative | |
| | Leukocyte Esterase-Urine | Negative <25 WBC/uL | Negative <25 WBC/uL | |

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| | WBC-Urine | <2 / HPF | None / HPF, <2 / HPF | |
| | RBC-Urine | < 3 / HPF | < 3 / HPF | |
| POCT Lactate Venous(Meter) [185870493] (Normal) | | | | Collected: 04/06/20 1803 |
| Order Status: Completed | | Specimen: BLOOD | | Updated: 04/06/20 1806 |
| | POCT, LACTATE-VENOUS | 1.72 | 0.5 - 2.0 mmol/L | |
| Troponin-I [185864541] (Normal) | | | | Collected: 04/06/20 1521 |
| Order Status: Completed | | Specimen: BLOOD | | Updated: 04/06/20 1553 |
| | Troponin-I | 0.03 | <0.04 ng/mL | |
| Chem 14, Metabolic Panel [185864538] (Abnormal) | | | | Collected: 04/06/20 1521 |
| Order Status: Completed | | Specimen: BLOOD | | Updated: 04/06/20 1552 |
| | Sodium-Serum | 138 | 132 - 144 meq/L | |
| | Potassium-Serum | 3.8 | 3.4 - 5.1 meq/L | |
| | Chloride-Serum | 101 | 101 - 111 meq/L | |
| | Co2 Content-Serum | 28 | 22 - 32 mmol/L | |
| | Anion Gap | 9 | 1 - 13 mmol/L | |
| | Glucose,Casual-Serum | 101 | 70 - 125 mg/dL | |
| | Urea Nitrogen-Serum | 21 | 8 - 22 mg/dL | |
| | Creatinine-Serum | 0.9 | 0.7 - 1.2 mg/dL | |
| | Osmo,Calculated | 279 | 275 - 300 mOsm/kg | |
| | Calcium,Total Serum | 8.6 ∨ | 8.9 - 10.3 mg/dL | |
| | Calcium,Albumin Adjusted | 9.2 | 8.9 - 10.3 mg/dL | |
| | Protein,Total-Serum | 6.3 | 6.0 - 8.3 g/dL | |
| | Albumin,Bcg-Serum | 3.3 ∨ | 3.5 - 5.0 g/dL | |
| | ALT (SGPT) | 29 | 17 - 63 IU/L | |
| | AST (SGOT) | 25 | 10 - 42 U/L | |
| | Bilirubin,Total-Serum | 0.7 | 0.3 - 1.6 mg/dL | |
| | Bilirubin,Direct-Serum | 0.2 | <=0.5 mg/dL | |
| | Alkaline Phosphatase | 88 | 38 - 126 IU/L | |
| | Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | |

Comment: Insufficient clinical data to calculate estimated GFR.

Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| GFR Interpretation | | | | |
| >60: MDRD equation not accurate for clinical decisions | | | | |
| 30-59: Moderate decrease | | | | |
| 15-29: Significant decrease | | | | |
| <15: Kidney failure | | | | |

**PT with INR [185864540] (Abnormal)**     Collected: 04/06/20 1521
Order Status: Completed     Specimen: Plasma     Updated: 04/06/20 1549

| | Prothrombin Time | 17.5 ▲ | 9.4 - 12.5 Sec | |
| | INR | 1.5 ▲ | 0.9 - 1.0 INR | |

Narrative:
INR is useful for monitoring Coumadin Therapy.
Therapeutic ranges for the INR vary with Clinical State.

For prevention of embolism, prophylaxis of venous embolism or
treatment of deep vein thrombosis: INR = 2.0 - 3.0

For mechanical heart valve or recurrent systemic embolism: INR = 2.5 - 3.5

**XR Chest X-ray 1 View [166747587]**     Collected: 04/06/20 1543
Order Status: Completed     Updated: 04/06/20 1547
Narrative:
EXAM: XR CHEST PA OR AP

CLINICAL INDICATION: Cough

COMPARISON: None

FINDINGS:

Lungs/pleura: Small lung volumes with bronchovascular crowding. There appears to be a component of hazy airspace opacities.

Heart/mediastinum: Normal.

Impression:
IMPRESSION:
Limited exam due to small lung volumes. Within these confines, findings are concerning for multifocal pneumonia which may be typical or atypical.

**CBC, Platelets, WBC Differential [185864539] (Abnormal)**     Collected: 04/06/20 1521
Order Status: Completed     Specimen: BLOOD     Updated: 04/06/20 1535

| | Component | Value | Ref Range | |
|---|---|---|---|---|
| | WBC Count-Blood | 6.2 | 3.8 - 10.7 K/mcL | |
| | RBC Count-Blood | 5.02 | 4.31 - 5.88 M/mcL | |
| | Hemoglobin-Blood | 14.1 | 13.2 - 17.7 g/dL | |
| | Hematocrit-Blood | 42.9 | 40.3 - 53.1 % | |
| | MCV | 86.0 | 81 - 100.2 fL | |
| | MCH | 28.2 | 26.1 - 34.5 pg | |

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| | MCHC | 32.9 | 31.5 - 35.0 g/dL | |
| | RDW | 12.9 | 11.5 - 15.4 % | |
| | Platelet Count-Blood | 235 | 148 - 362 K/mcL | |
| | Platelet MPV | 7.1 | 6.7 - 10.5 fL | |
| | % Neutrophils-Auto | 78.1 | 41.8 - 78.3 % | |
| | % Lymphocytes-Auto | 12.6 | 13.8 - 48.7 % | |
| | % Monocytes-Auto | 8.9 | 3.8 - 12.2 % | |
| | % Eosinophils-Auto | 0.1 | 0.4 - 7.5 % | |
| | % Basophils-Auto | 0.3 | 0.2 - 1.7 % | |
| | NRBC-Auto | 0.0 | 0.0 - 0.8 /100WBC | |
| | # Neutrophils-Auto | 4.9 | 1.7 - 7.4 K/mcL | |
| | # Lymphocytes-Auto | 0.8 ⌄ | 0.9 - 3.2 K/mcL | |
| | # Monocytes-Auto | 0.6 | 0.2 - 0.8 K/mcL | |
| | # Eosinophils-Auto | 0.0 | 0.0 - 0.5 K/mcL | |
| | # Basophils-Auto | 0.0 | 0.0 - 0.2 K/mcL | |
| | # NRBC-Auto | 0.0 | <0.1 K/mcL | |
| | Man Diff Done | None | | |

Samak, Jamal Abu (MRN 100552287) Printed by Kilgore, Amanda [29775] at 4/9/20 12:05 PM

USP ATL 21826-034

| | |
|---|---|
| Samak, Jamal Abu (MRN 100552287) DOB: 04/07/1956 | Encounter Date: 04/06/2020 |
| Do you have a question about this report? | Ask a Question |

# Samak, Jamal Abu

MRN: 100552287

**ED to Hosp-Admission**   Last attending: Schneider, Jason S., MD • Treatment team
4/6/2020 - 4/8/2020 (2 days)   Principal problem: Pneumonia due to 2019 novel coronavirus
Status: Discharged
GRADY HOSPITAL

## Discharge Summary

Measom, Kate C., MD (Resident) • General Medicine

Cosigned by: Schneider, Jason S., MD at 4/9/2020 11:14 AM

> Attestation signed by Schneider, Jason S., MD at 4/9/2020 11:14 AM
>
> I was the attending of record and I am administratively signing this document.
>
> Jason S. Schneider, MD, FACP
> *Associate Professor*
> *Emory University School of Medicine*
> *404.778.1642 (office)*
> *404.778.1601 (fax)*
> *404.686.5500, #16003 (pager)*

### Discharge Summary - Emory Internal Medicine

**NAME:** Jamal Abu Samak    **MRN:** 100552287    **DOB:** 4/7/1956
**ADMIT Date:** 4/6/2020 12:53 PM    **D/C Date:** 4/8/2020 2:24 PM

**Attending of Record:** Jason S. Schneider, MD
**Resident:** Kate C. Measom, MD
**Intern:** Joel Eisenberg, MD

**Outpatient PCP:** No primary care provider on file.

**Principal Diagnoses:**
Viral Pneumonia 2/2 COVID19

**Indication for Admission:** SOB

**Brief Presenting History:**
JAMAL ABU SAMAK is a 63 y.o. male with h/o degenerative joint disease and spinal stenosis presented to the ED from federal prison for cough and SOB. Per report, patient had a CXR at prison notable for RLL infiltrate.

Patient reports experiencing dry cough, SOB, and warmth for over 1 week. He reports some pain in his chest when he coughs, and he also endorses sore throat and some difficulty swallowing. He also endorses 3-4 days of diarrhea, going "anytime I see the bathroom." He

SEALED EXHIBIT D - Page 7 of 9

reports some lower abdominal pain. No known sick contacts. He has one roommate who he does not believe is sick. He has been incarcerated for 30 years

### Hospital Course by Problem List:
**Viral Pneumonia 2/2 novel COVID-19**
Patient presented from federal penitentiary due to concern for lobar pneumonia on CXR. On admission he reported 1 week of malaise, loose stools, myalgias, cough, and worsening SOB. There are known cases and sick contacts at the prison. He was made PUI and treated empirically for CAP pending results. His SARS COV2 test was positive. He had no oxygen requirements and was safe to discharge to prison with supportive care. He received albuterol MDI for wheezing.

This plan was communicated with federal pen medical director Dr. Martin.

The remainder of the patient's medical problems were chronic and stable without any further intervention this admission. The patient will continue the current treatments and medications.

**Consults:** ID

**Significant Diagnostic Studies:**
CXR- bilateral interstitial infiltrates

SARS-COV2 positive

**Procedures:** none

**Pertinent Discharge Exam Findings:** breathing comfortably on room air

**Disposition:** return to prison

**Discharge Medication Reconcilitation:**
Discharge Medication List as of 4/8/2020 12:44 PM

**START taking these medications**

| | Details |
|---|---|
| albuterol HFA (VENTOLIN) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 hours as needed for Wheezing or Shortness of Breath.Disp-1 Inhaler, R-0, Print |

**Discharge Instructions: Patient to be isolated for 14 days.**

The patient was educated on warning signs regarding the current medical conditions. If any of these issues were to arise or worsen, the patient was instructed to contact the PCP or seek further medical evaluation in the emergency room.

Activity: As tolerated
Diet: regular
Wound Care: N/A

**Follow-up Appointment Date and Time:**
No future appointments.

**Pending Studies/Items to Follow Up:** none

Kate Measom, MD
Internal Medicine/Psychiatry PGY-3
PIC 71959
4/8/2020

## Other Notes                                                                All notes

📄 H&P from Eisenberg, Joel Louis, MD (General Medicine)

## Additional Orders and Documentation

 Results Imaging Microbiology      Meds      Orders Procedures     Flowsheets

Encounter Info:   History, Allergies, Education, Care Plan, Detailed Report

---

### Hospital Problem List
 Pneumonia due to 2019 novel coronavirus
Elevated INR

---

### Care Timeline
04/08  Admitted from ED 0157
       Discharged 1424

---

### Discharge
➡️ Home or Self Care 📄

IP After Visit Summary (Printed 4/8/2020)
Discharge Orders
HCV AB with Reflex to HCV RNA-QUANT, PCR

---

### Medication List at Discharge
Albuterol Sulfate 108 (90 Base) MCG/ACT 2 puffs Inhalation EVERY 6 HOURS PRN

Printed by Kilgore, Amanda at 4/9/20 12:03 PM